UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
AUG 2 5 2025
U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

UNITED STATES OF AMERICA,

v.

DEBORA BATES,
           Defendant.

Criminal No. 5:25 cr 33

Violations:

18 U.S.C. § 666(a)(1)(A)

# INFORMATION

The United States Attorney charges that:

## COUNT ONE
(Federal Program Theft)

On or about between 2017, and December 2020, in Wetzel County, in the Northern District of West Virginia, the defendant, **DEBORA BATES,** being an agent of Valley Manor Housing Project, an organization and agency that, during calendar years 2018 and 2020, received benefits in excess of $10,000 under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of federal assistance, did knowingly and intentionally embezzle, steal, obtain by fraud, without authority knowingly convert to the use of person other than the rightful owner, and intentionally misapply property worth at least $5,000; which was owned by and under the care, custody and control of the Valley Manor Housing Project, in violation of Title 18, United States Code, section 666(a)(1)(A).

## FORFEITURE ALLEGATION

1. Pursuant to Title 28, United States Code, Sections 2461(c), Title 18 United States Code, Sections 981(a)(1)(C), and 1961(1) and Title 21, United States Code, Section 853, the government will seek the forfeiture of property as part of the sentence imposed in this case, that is, the forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 666, or a conspiracy to violate such offense, including a money judgment in the amount of at least $63,752.47.

2. Pursuant to Title 28, United States Code, Section 2461(c), the government will seek forfeiture of substitute property up to the value of property subject to direct forfeiture that is not available for forfeiture on account of any act or omission contemplated by Title 21, United States Code, Section 853(p)(1).

*[signature]*
Randolph J. Bernard
Acting United States Attorney

Jennifer Conklin
Assistant United States Attorney

Morgan McKee
Assistant United States Attorney